IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BERNARD MILLER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:16-CV-552-WKW |
| | ) | [WO] |
| KARLA JONES, Warden, and | ) | |
| STEVEN T. MARSHALL, | ) | |
| Attorney General of the State of | ) | |
| Alabama, | ) | |
| | ) | |
| Respondents. | ) | |

# **ORDER**[1]

On July 5, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been made. (Doc. # 23.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation (Doc. # 23) is ADOPTED and that Petitioner Bernard Miller's 28 U.S.C. § 2254 petition for habeas relief (Doc. # 1) is DISMISSED AS MOOT since a more favorable decision on the merits would not entitle Mr. Miller to any additional relief.

---

[1] By operation of Federal Rule of Civil Procedure 25(d), Steven T. Marshall has been "automatically substituted as a party" for the former Attorney General, Luther Strange.

Final judgment will be entered separately.

DONE this 9th day of August, 2018.

                                            /s/ W. Keith Watkins
                                 CHIEF UNITED STATES DISTRICT JUDGE